**IN THE UNITED STATES DISTRICT COURT**
  **FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| VEDA PRYOR | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-12-2653 |
| | * | |
| PRINCE GEORGE'S COMMUNITY | * | |
| COLLEGE | * | |
| | ****** | |

**MEMORANDUM**

Two motions are presently pending in this case. Both motions will be denied for the reasons stated in this memorandum.

<u>Plaintiff's Motion for Court Appointed Discovery</u>

Plaintiff requested in Interrogatory No. 5 that defendant identify any "pending litigation against Prince George's Community [College]." Although defendant objected on the ground that the interrogatory seeks information not reasonably calculated to lead to the discovery of admissible evidence, it identified the two pending cases pending against the College. Therefore, plaintiff's motion to compel is moot.

<u>Plaintiff's Motion Requesting Judicial Notice</u>

It is not entirely clear what relief plaintiff is seeking in this motion. There is no reason, however, for the court to take judicial notice of the exhibits attached to plaintiff's motion as plaintiff requests. That said, it may well be that the exhibits are admissible absent them being judicially noticed by the court.

1

A separate order effecting the rulings made in this memorandum is being entered herewith.

Date:   March 15, 2013                     /s/

                                          J. Frederick Motz
                                          United States District Judge